# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff-Appellee,<br>v.<br>ISAIAS BELTRAN-RIVERA,<br>               Defendant-Appellant. | Case No.: 18-mj-10191-PCL-H<br><br>**ORDER GRANTING MOTION TO VACATE AND DISMISS**<br><br>[Doc. No. 29.] |

On April 20, 2020, the Government filed a motion to vacate the conviction and dismiss the charge in the above case in light of the Ninth Circuit's decision in United States v. Corrales-Vazques, 931 F.3d 944 (9th Cir. 2019). (Doc. No. 29.) On the Government's motion, and for good cause shown, the conviction in the above case is vacated and the charge is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: April 20, 2020

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT